**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| SALLY PARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.:  2:21-cv-279 |
| | ) | |
| CLAY COUNTY RURAL TELEPHONE | ) | |
| COOPERATIVE, INC., d/b/a ENDEAVOR | ) | |
| COMMUNICATIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff Sally Partin ("Ms. Partin"), by counsel, brings this action against Clay County

Rural Telephone Cooperative, Inc d/b/a Endeavor Communications ("Endeavor" or "Defendant"),

and alleges and state as follows:

**INTRODUCTION**

1.       This is an action brought by Ms. Partin against Defendant, between which parties

there is a former employment relationship. Ms. Partin brings this action against Defendant for

violation of the Age Discrimination in Employment Act, as amended, 29 U.S.C. § 621 *et. seq*.

**PARTIES**

2.        Ms. Partin is a resident of Putnam County in the State of Indiana.

3.       At all times relevant, Ms. Partin was an employee as defined by the Age

Discrimination in Employment Act ("ADEA"), as amended.

4.       At all relevant times, Endeavor was an employer as defined by the ADEA.

5.      According to information maintained by the Indiana Secretary of State, Endeavor is an Indiana nonprofit corporation and Endeavor's registered agent is Darin T. LaCoursiere, 2 S. West Street, Cloverdale, IN 46120.

6.      Endeavor provides services in and around central Indiana.

## JURISDICTION AND VENUE

7.       Jurisdiction is invoked pursuant to 28 U.S.C. § 1331.

8.      The alleged discriminatory acts were committed within the jurisdiction of the United States District Court for the Southern District of Indiana, Terre Haute Division. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1), which allows for an action to be brought in the district where the Defendant resides or in which the cause of action rose.

## ADMINISTRATIVE EXHAUSTION

9.       Ms. Partin exhausted all of the administrative proceedings available to her by timely filing a Charge of Discrimination on the basis of age with the U.S. Equal Employment Opportunity Commission ("EEOC").

10.     On December 23, 2019, Ms. Partin filed EEOC Charge No. 470-2020-01036.

11.     On or around April 15, 2021, the EEOC mailed a Dismissal and Notice of Rights to Ms. Partin. A true and correct copy of the Dismissal and Notice of Rights is attached hereto as **Exhibit 1**.

12.     Ms. Partin's civil action is being initiated within 90 days of her receipt of the EEOC Dismissal and Notice of Rights.

## GENERAL FACTUAL ALLEGATIONS

13.     Endeavor provides high speed internet, security solutions, residential and business phone services, and managed IT solutions to small towns and rural areas.

14.     Endeavor hired Ms. Partin in 1994.

15.     Ms. Partin remained employed with Endeavor for approximately 25 ½ years until her unlawful termination on August 29, 2020.

16.     For the majority of her employment with Endeavor, Ms. Partin worked as a customer service representative in Endeavor's Customer Service Department.

17.     Ms. Partin was born in 1962 and is fifty-nine (59) years old.

18.     Ms. Partin was one of the oldest employees working in the Customer Service Department.

19.     In or around February 2019, Stacy Garrison ("Garrison") became the Manager of the Customer Service Department.

20.     From February 2019 until her termination on August 29, 2019, Ms. Partin reported directly to Garrison.

21.     Throughout her employment with Endeavor, Ms. Partin met Endeavor's legitimate performance expectations.

22.     For instance, the Customer Service Department held performance meetings on a monthly basis and Endeavor completed yearly performance evaluations. Ms. Partin consistently met Endeavor's performance expectations.

23.     Ms. Partin also frequently received praise from customers, which resulted in Endeavor rewarding her with numerous Amazon gift cards.

24.     On August 29, 2019, Garrison called Ms. Partin into a meeting with People Services Manager Elizabeth Cheatham ("Cheatham"), and Senior Manager of Finance Jodie Latham.

25.     Garrison told Ms. Partin that she was being terminated for breach of Customer Proprietary Network Information ("CPNI").

26.     Endeavor knew that Ms. Partin did not breach CPNI because such a breach would require Endeavor to make a report to law enforcement. Endeavor made no such report.

27.     Cheatham then handed Ms. Partin a prepared letter that stated Ms. Partin's desire and intention to retire.

28.     Cheatham instructed Ms. Partin that she had to sign the letter that instant, or she would be immediately terminated.

29.     Ms. Partin signed the letter out of fear.

30.     Endeavor replaced Ms. Partin with a substantially younger individual.

31.     Following her termination, Endeavor started adding to and/or changing the reasons for Ms. Partin's termination.

32.     For example, in an all employee training meeting held during the week of September 13, 2019, one of Ms. Partin's former co-worker's spoke to Darin LaCoursiere ("LaCoursiere"), Endeavor's President and Chief Executive Officer, about Ms. Partin's termination. In response to the reasoning behind Ms. Partin's termination, LaCoursiere insinuated that Ms. Partin was a liar.

33.     During the same September 13, 2019 meeting, the same former co-worker asked Justin Clark ("Clark"), Endeavor's Chief Operating Officer, what the, "1,2,3 strikes you're out" rule meant in terms of making mistakes or errors. Clark responded, "well, Sally has made hundreds of mistakes." Clark then stated that Ms. Partin was a liar.

34.     During the EEOC administrative process, Endeavor conceded that Ms. Partin did not breach CPNI and instead claimed that Ms. Partin was terminated for unsatisfactory performance and for being dishonest. Those were not the reasons for the termination provided to Ms. Partin on August 29, 2020.

35.     Since becoming the department manager in or around February 2019, Garrison has hired four (4) individuals, all of whom are in their 20's.

36.     On or around June 18, 2021, Garrison terminated a Customer Service Representative who is 61 years old.

## COUNT I – AGE DISCRIMINATION

37.     Ms. Partin repeats and realleges paragraphs 1 through 36 hereof, as if fully set forth herein.

38.     By the actions described above, Endeavor discriminated against Ms. Partin because of her age in violation of the ADEA.

39.     Ms. Partin is over the age of 40 and thereby a member of a protected class.

40.     Ms. Partin met all legitimate performance expectations.

41.     Endeavor terminated Ms. Partin and replaced her with a substantially younger individual.

42.     As a result of Endeavor's discriminatory acts, Ms. Partin has suffered and will continue to suffer monetary damages unless and until the Court grants relief.

43.     Endeavor acted willfully or with reckless indifference to Ms. Partin's federally protected rights thereby entitling Ms. Partin to liquidated damages.

44.     Ms. Partin is entitled to recover reasonable attorneys' fees and costs incurred in this action.

## PRAYER FOR RELIEF

WHEREFORE, Ms. Partin respectfully requests this Court enter an Order:

a.     Awarding all lost wages and benefits Ms. Partin has sustained or will sustain as a result of Endeavor's unlawful conduct;

b.        Awarding front pay in an amount equal to the wages and benefits that Ms. Partin may reasonably be expected to lose after trial as a result of Endeavor's unlawful conduct should the Court determine that an order requiring reinstatement is not feasible or appropriate;

c.        Awarding pre-judgment interest;

d.        Awarding liquidated damages in an amount to be determined by a jury to punish Endeavor for its unlawful conduct which was willful or undertaken with reckless indifference to Ms. Partin's federally protected rights;

e.        Awarding the costs of maintaining this action, including an award of reasonable attorneys' fees; and

f.        Awarding all other relief proper in the premises.

Respectfully submitted,

*s/ Kimberly D. Jeselskis*
Kimberly D. Jeselskis, Atty No. 23422-49
MacKenzie Johnson, Atty. No. 36139-32
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, IN 46204
Telephone: 317-220-6290
Facsimile:  317-220-6291
kjeselskis@jbjlegal.com
mjohnson@jbjlegal.com

*Counsel for Plaintiff Sally Partin*

## JURY DEMAND

Plaintiff demands a trial by jury on all triable issues.


Respectfully submitted,

*s/ Kimberly D. Jeselskis*
Kimberly D. Jeselskis, Attorney No. 23422-49
MacKenzie Johnson, Attorney No. 36139-32
JESELSKIS BRINKERHOFF AND JOSEPH LLC
320 North Meridian Street, Suite 428
Indianapolis, Indiana 46204
Telephone: (317) 220-6290
Facsimile: (317) 220-6291
kjeselskis@jbjlegal.com
mjohnson@jbjlegal.com

*Counsel for Plaintiff Sally Partin*